IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARS AREA SCHOOL DISTRICT,

    Plaintiff,

v.

C.L.,   by and through his parent and
natural guardian, K.B.,

    Defendants.

CIVIL ACTION

No. 14-cv-01728-TFM

Judge McVerry

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that C.L., by and through his parent and natural guardian K.B., Defendants in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the October 16, 2015 Order (Dkt. No. 23) entering final judgment in favor of Appellant and against Appellee and dismissing the action on the basis of mootness and vacating the decision of the Hearing Officer.

Respectfully submitted,

JONES, GREGG, CREEHAN & GERACE, LLP

BY: _____
JOHN P. CORCORAN, JR., ESQUIRE

COUNSEL FOR DEFENDANTS