UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 10, 2017
BCO-047

No. 15-3780

MARS AREA SCHOOL DISTRICT

v.

C. L., by and through his parent and natural guardian, K.B.,
Appellant

(W.D. Pa. No. 2-14-cv-01728)

Present:  AMBRO, GREENAWAY, JR and SCIRICA, Circuit Judges

1. Motion by Appellant Pursuant to Fed. R. App. P. 27 for Determination of Mootness of Appeal.

Respectfully,
Clerk/mlr

_____ORDER_____
The foregoing motion is granted and the appeal is dismissed.

By the Court,

s/Joseph A. Greenaway, Jr.
Circuit Judge

Dated: April 10, 2017

mlr/cc: Thomas E. Breth, Esq.
John P. Corcoran, Jr., Esq.

**A True Copy**

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.